IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBERTA SESSO,**                                                    07-CV-970-BR

       **Plaintiff,**                                            **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

       **Defendant.**

    Based on the Court's Opinion and Order issued January 25, 2008,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 5th day of November, 2008.

                                                /s/ Anna J. Brown
                                                _____
                                                ANNA J. BROWN
                                                United States District Judge

JUDGMENT